The State Of Ohio, Appellee, v. Holloway, Appellant.

[Cite as *State v. Holloway*, 129 Ohio St.3d 341, 2011-Ohio-4037.]

(No. 2010–2229—Submitted August 8, 2011—Decided August 16, 2011.)

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Mbodji*, 129 Ohio St.3d 325, 2011-Ohio-2880, 951 N.E.2d 1025.

O'Connor, C.J., and Lundberg Stratton, Lanzinger, Cupp, and McGee Brown, JJ., concur.

Pfeifer and O'Donnell, JJ., dissent.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Nicholas Klingensmith, Assistant Prosecuting Attorney, for appellee.

Shelia Kyle–Reno, Hamilton County Public Defender, and Robert R. Hastings Jr., Assistant Public Defender, for appellant.